| In re: ERIC LAMONT GRANT AND MELISSA COOPER-GRANT,<br><br>Debtor(s) | Bankruptcy No.: 13-46720-RLE<br>R.S. No. RPZ-039<br>Hearing Date: September 24, 2014<br>Time: 1:30 pm |
|---|---|

Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

| (A) Date Petition Filed: December 20, 2013 | Chapter: 13 |
|---|---|
| Prior hearings on this obligation: | Last Day to File §523/§727 Complaints: |

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

Secured Creditor [ ] or lessor [ ]
Fair market value: $
Contract Balance: $
Monthly Payment: $
Insurance Advance: $

Source of value:
Pre-Petition Default:$
No. of months:
Post-Petition Default:$
No. of months:

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA): 1188 Oak Haven Way, Antioch, California 94531

| Fair market value: $320,000.00 | Source of value: Debtor(s) Bankruptcy Schedules A & D<br><br>If appraisal, date: |
|---|---|

Moving Party's position (first trust deed, second, abstract, etc.): First Trust Deed

| Approx. Bal. $310,963.80<br>As of (date): August 19, 2014<br>Mo. payment: $ 2,103.98<br>Notice of Default (date): N/A<br>Notice of Trustee's Sale: N/A | Pre-Petition Default: $39,019.32<br>No. of months: 16<br>Post-Petition Default: $8,294.93<br>No. of months: 4<br>Advances Senior Liens: $ |
|---|---|

Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: Movant | $310,963.80 | $2,103.98 | $47,314.25 |
| 2nd Trust Deed: | $ | $ | $ |
|  | $ | $ | $ |
|  | $ | $ | $ |
| Costs of Sale (8%) | $25,600.00 | $ | $ |
|  | (Total) $336,563.80 | $2,103.98 | $47,314.25 |

(D) Other pertinent information:
[ ] No loan modification prior to bankruptcy and/or prior to the date the motion is filed.
[ ] Loan modification initiated by borrower, but was closed on __/__/__ for failure to provide required documentation.
[ X ] Loan modification prior to bankruptcy and/or prior to the date the motion is filed.
    [ ] Loan modification: Debtor's request is pending.     [ ] Loan modification: Modification in trial period.
    [ ] Loan modification: No decision yet.     [ ] Loan modification: Denied in writing (attached hereto)

| Dated: August 29, 2014 | /s/ Signature<br>ROBERT P. ZAHRADKA<br>Print or Type Name<br>Attorney for Elizon Master Participation Trust I, U.S. Bank Trust National Association, as Owner Trustee |
|---|---|