Martha G. Bronitsky
Chapter 13 Standing Trustee
6140 Stoneridge Mall Rd #250
Pleasanton,CA 94588-4588
(925) 621- 1900

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In Re: | Chapter 13 Case No: |
|---|---|
| Eric Lamont Grant<br>Melissa Cooper-Grant | 13-46720-RLE13 |

WITHDRAWAL
OF
MOTION TO DISMISS FOR FAILURE TO MAKE CHAPTER 13 PLAN PAYMENTS

Martha G. Bronitsky, Chapter 13 Standing Trustee, hereby withdraws her MOTION TO DISMISS FOR FAILURE TO MAKE CHAPTER 13 PLAN PAYMENTS for the above named Chapter 13 Case which was filed on August 25, 2014, same being court docket #23.

Date: October 15, 2014

/s/ Martha G. Bronitsky
Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

| In Re:        Eric Lamont Grant        Melissa Cooper-Grant | Chapter 13 Case No: 13-46720-RLE13 |
|---|---|

### Certificate of Service

I hereby certify that I have served a copy of the within and foregoing document on the debtor (s) and counsel for debtor (s) at the addresses listed below by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| | |
|---|---|
| Eric Lamont Grant<br>Melissa Cooper-Grant<br>1188 Oak Haven Way<br>Antioch,CA 94531<br><br>(Debtor(s)) | Patrick L Forte Atty<br>1 Kaiser Plaza #480<br>Oakland,CA 94612<br><br>(Counsel for Debtor(s)) |
| Date: October 15, 2014 | /s/ CHRISTIE ACOSTA<br>_____<br>CHRISTIE ACOSTA |