LAW OFFICES OF LES ZIEVE
LESLIE M. KLOTT, ESQ. #279622
BRIAN HUY TRAN, ESQ. #25577
30 Corporate Park, Suite 450
Irvine, CA 92606
Phone: (714) 848-7920
Facsimile: (714) 794-1779
Email: bankruptcy@zievelaw.com

Counsel for Movant, AJX Mortgage Trust I, a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee, as serviced by Gregory Funding

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Eric Lamont Grant and Melissa Cooper-Grant,<br><br>Debtors. | Case No: 13-46720<br><br>R.S. # RPZ-039<br><br>Chapter 13<br><br>DECLARATION OF Julia Waco<br>RE: NON-CURE OF BREACH OF ORDER GRANTING ADEQUATE PROTECTION |

I, Julia Waco, declare and state as follows:

1. As to the following facts, I know them to be true. Each is based upon my personal knowledge, unless otherwise indicated. If called upon to testify in this or any other action, I could and would testify competently thereto.

2. I am employed as a(n) Bankruptcy Team Lead of Gregory Funding and am authorized to sign this declaration on behalf of Gregory Funding, as servicing agent for AJX Mortgage Trust I, a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee

Case: 13-46720    Doc# 37    Filed: 12/10/15    Entered: 12/10/15 12:01:37    Page 1 of 15

("Movant"). This declaration is provided in support of a breach of the order granting adequate protection.

3. I make this declaration based upon my review of the records with regard to this underlying loan transaction, which are kept in the ordinary course of business of Gregory Funding. As part of my job responsibilities for Gregory Funding, I have personal knowledge of and am familiar with the types of records maintained by Gregory Funding in connection with the loan that was the subject of the Motion for Relief (the "Loan") and the procedures for creating those types of records. I have access to and have reviewed the books, records and files of Gregory Funding that pertain to the Loan and extensions of credit given to Debtor(s) concerning the property securing such Loan.

4. I have reviewed Debtors, Eric Lamont Grant and Melissa Cooper-Grant ("Debtors"), Order Granting Adequate Protection (collectively "Order") entered on October 24, 2014. A copy of the Order is attached hereto as Exhibit "1" and incorporated herein by reference. I have personal knowledge as to the status of Debtors loan and whether the Debtors have complied with the requirements of the Order.

5. Pursuant to paragraph 1 of the Order, the Debtors are obligated to maintain their current monthly mortgage payments to Movant commencing on November 1, 2014.

6. Debtors defaulted under the Order by failing to make the following payments to Movant as required as of December 7, 2015:

| | |
|---|---|
| 2 Regular Post-Petition Payments @ $2,098.87 (11/01/15-12/01/15) | $4,197.74 |
| Late fee | $56.13 |
| NOD Attorney Fee | $50.00 |
| Suspense Balance | <$77.03> |
| **Total Amount Due** | **$4,226.84** |

///

///

7. On November 19, 2015, Movant caused a written notice of default ("Notice") identifying the default referenced in paragraph 6 above to be served on Debtors and Debtors' counsel via U.S. regular mail and electronic mail. A true and correct copy of the Notice is attached hereto as Exhibit "2" and incorporated herein by this reference.

8. As of today's date, December 7, 2015, Debtors have failed to cure the default set forth in the Notice. Thus, Debtors are in material default under the Order for failing to cure the default within the time specified in the Order.

9. Based upon Debtors failure to cure the default, Movant respectfully requests that the Court enter an Order Terminating the Automatic Stay in favor of Movant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8 day of December, 2015, at Portland, Oregon.

Name: Julia Waco
Title: Gregory Funding LLC
Bankruptcy Team Lead

```
 1  Robert P. Zahradka (SBN 282706)
    rzahradka@piteduncan.com
 2  Joseph C. Delmotte (SBN 259460)
    jcdelmotte@piteduncan.com
 3  PITE DUNCAN, LLP
    4375 Jutland Drive, Suite 200
 4  P.O. Box 17933
    San Diego, CA 92177-0933
 5  Telephone: (858) 750-7600
    Facsimile: (619) 590-1385
 6
 7  Attorneys for Movant
    Elizon Master Participation Trust I, U.S. Bank Trust National Association, as Owner Trustee
 8
 9
```

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| In re | Case No. 13-46720-RLE |
|---|---|
| ERIC LAMONT GRANT AND MELISSA COOPER-GRANT, | Chapter 13 |
| | **NOTICE OF ENTRY OF ORDER ON STIPULATION GRANTING ADEQUATE PROTECTION** |
| Debtors. | |

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that, on October 23, 2014, the Court entered an *Order on Stipulation Granting Adequate Protection* [Dkt. No. 32], a copy of which is attached hereto as **Exhibit A.**

**PITE DUNCAN, LLP**

Dated: October 24, 2014

/s/ *Robert P. Zahradka*
ROBERT P. ZAHRADKA
Attorneys for *Movant* Elizon Master Participation Trust I, U.S. Bank Trust National Association, as Owner Trustee

- 1 -      CASE NO. 13-46720-RLE
**NOTICE OF ENTRY OF ORDER**

Case: 13-46720   Doc# 37   Filed: 12/24/15   Entered: 12/20/15 12:01:37   Page 4 of 15

Exhibit 1

**Entered on Docket**
**October 23, 2014**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1 | Robert P. Zahradka (SBN 282706) |
| | rzahradka@piteduncan.com |
| 2 | Joseph C. Delmotte (SBN 259460) |
| | jcdelmotte@piteduncan.com |
| 3 | **PITE DUNCAN, LLP** |
| | 4375 Jutland Drive, Suite 200 |
| 4 | P.O. Box 17933 |
| | San Diego, CA 92177-0933 |
| 5 | Telephone: (858) 750-7600 |
| | Facsimile: (619) 590-1385 |

The following constitutes the order of the court.
Signed October 23, 2014

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

Attorneys for Movant,
Elizon Master Participation Trust I, U.S. Bank Trust National Association, as Owner Trustee

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 13-46720-RLE |
| ERIC LAMONT GRANT AND MELISSA COOPER-GRANT, | Chapter 13 |
| | R.S. No. RPZ-039 |
| Debtors. | **ORDER ON STIPULATION GRANTING ADEQUATE PROTECTION** |
| | DATE: October 22, 2014 |
| | TIME: 1:30 pm |
| | CTRM: 220 |
| | 1300 Clay Street, Suite 300 |
| | Oakland, CA 94604-1426 |

The parties having agreed to the terms set forth in the Stipulation Granting Adequate Protection are bound by the terms of their stipulation. The Stipulation Granting Adequate Protection, docket entry number 31, is hereby approved and made an order of the court.

** END OF ORDER **

-1- CASE NO. 13-46720-RLE
**ORDER ON STIPULATION GRANTING ADEQUATE PROTECTION**

Case: 13-46720  Doc# 32  Filed: 10/23/14  Entered: 10/23/14 12:03:37  Page 1 of 5

Exhibit 1  EXHIBIT A

## COURT SERVICE LIST

**DEBTORS**
Eric Lamont Grant
Melissa Cooper-Grant
1188 Oak Haven Way
Antioch, CA 94531
(Via U.S. Mail)

| | |
|---|---|
| 1 | Robert P. Zahradka (SBN 282706)<br>rzahradka@piteduncan.com |
| 2 | Joseph C. Delmotte (SBN 259460)<br>jcdelmotte@piteduncan.com |
| 3 | PITE DUNCAN, LLP<br>4375 Jutland Drive, Suite 200 |
| 4 | P.O. Box 17933<br>San Diego, CA 92177-0933 |
| 5 | Telephone: (858) 750-7600<br>Facsimile: (619) 590-1385 |
| 6 | |
| 7 | Attorneys for Movant<br>Elizon Master Participation Trust I, U.S. Bank Trust National Association, as Owner Trustee |

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION**

| | |
|---|---|
| In re<br><br>ERIC LAMONT GRANT AND MELISSA COOPER-GRANT,<br><br>Debtors. | Case No. 13-46720-RLE<br><br>Chapter 13<br><br>**PROOF OF SERVICE** |

I, Michael W. Leewright, declare that:

I am employed in the County of San Diego, California. My business address is: 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933. I am over the age of eighteen years and not a party to this cause.

On October 24, 2014, I caused the following documents:

- **Notice of Entry of Order On Stipulation Granting Adequate Protection**

to be served in said cause by placing a copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, and/or via electronic means pursuant to Bankruptcy Local Rule 9013-3(c) as follows:

/./.
/./.
/./.

- 1 -
**PROOF OF SERVICE**
CASE NO. 13-46720-RLE

Case: 13-46720 Doc# 37 Filed: 10/24/15 Entered: 10/24/15 12:01:37 Page 7 of 15
Exhibit 1

| | |
|---|---|
| 1 | **DEBTORS** |
| 2 | Eric Lamont Grant |
|   | Melissa Cooper-Grant |
|   | 1188 Oak Haven Way |
| 3 | Antioch, CA 94531 |
|   | (Via U.S. Mail) |
| 4 | |
|   | **DEBTORS' ATTORNEY** |
| 5 | Patrick L. Forte |
|   | Law Offices of Patrick L. Forte |
| 6 | 1 Kaiser Plaza #480 |
|   | Oakland, CA 94612-3610 |
| 7 | (Via U.S Mail) |
| 8 | **TRUSTEE** |
|   | Martha G. Bronitsky |
| 9 | P.O. Box 9077 |
|   | Pleasanton, CA 94566 |
| 10 | (Via U.S Mail) |
| 11 | **U.S. TRUSTEE** |
|    | U.S. Trustee |
| 12 | Department of Justice |
|    | USTPRegion17.oa.ecf@usdoj.gov |
| 13 | (Via NEF) |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 24, 2014              /s/ *Michael W. Leewright*
                                     MICHAEL W. LEEWRIGHT

- 2 -

CASE NO. 13-46720-RLE

**PROOF OF SERVICE**

Case: 13-46720    Doc# 373    Filed: 12/24/15    Entered: 12/24/15 14:01:43    Page 8 of 15

Exhibit 1

| | |
|---|---|
| 1 | Robert P. Zahradka (SBN 282706) |
| | rzahradka@piteduncan.com |
| 2 | Joseph C. Delmotte (SBN 259460) |
| | jcdelmotte@piteduncan.com |
| 3 | **PITE DUNCAN, LLP** |
| | 4375 Jutland Drive, Suite 200 |
| 4 | P.O. Box 17933 |
| | San Diego, CA 92177-0933 |
| 5 | Telephone: (858) 750-7600 |
| | Facsimile: (619) 590-1385 |
| 6 | |
| 7 | Attorneys for Movant, |
| | Elizon Master Participation Trust I, U.S. |
| 8 | Bank Trust National Association, as Owner Trustee |

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

In re

ERIC LAMONT GRANT AND MELISSA COOPER-GRANT,

Debtors.

Case No. 13-46720-RLE

Chapter 13

R.S. No. RPZ-039

**STIPULATION GRANTING ADEQUATE PROTECTION**

United States Bankruptcy Court
Northern District of California - Oakland Division
1300 Clay Street
Oakland, CA 94612

This Stipulation is entered into by and between the Secured Creditor, Elizon Master Participation Trust I, U.S. Bank Trust National Association, as Owner Trustee (hereinafter "Movant"), and Eric Lamont Grant and Melissa Cooper-Grant (hereinafter "Debtors") by and through their respective attorneys of record.

The property which is the subject of this matter is commonly known as 1188 Oak Haven Way, Antioch, California 94531, which is more fully described as follows:

SEE LEGAL DESCRIPTION IN DEED OF TRUST ATTACHED AS EXHIBIT B TO MOTION FOR RELIEF FROM STAY, DOCKET ENTRY NUMBER 25.

THE PARTIES STIPULATE AS FOLLOWS:

1. Debtors shall tender regular monthly payments in the amount of $2,103.98, which amount is subject to change, pursuant to the terms of the subject Note (the "Note"), commencing November 1, 2014, and continuing until all such outstanding amounts under the Note are to be paid in full.

2. The post-petition arrears are calculated as follows:

| | |
|---|---|
| 4 payments @ $2,103.98 (07/01/2014-10/01/2014) | $8,415.92 |
| Suspense Balance | <$121.09> |
| Total Arrears | $8,294.83 |

3. In addition to regular monthly payments, Debtors shall also tender payments in the amount of $1,036.85, commencing November 15, 2014, and continuing through and including May 15, 2015, and an additional payment in the amount of $1,036.88 on June 15, 2015, when all post-petition arrears due and owing under the Note, in the current sum of $8,924.83, are paid in full. Payments are to be remitted to:

Rushmore Loan Management Services, LLC
15480 Laguna Canyon Road, Suite 100
Irvine, CA 92618

4. The reasonable attorneys fees and costs incurred by Movant in the amount of $1,026.00 shall be paid through the Debtors' Chapter 13 Plan pursuant to an amended proof of claim to be filed by Movant no later then 45 days after the entry of the Adequate Protection Order.

5. If Debtors provide proof of additional post-petition payments received and negotiated by Movant, the requirement to make an additional payment pursuant to paragraph three (3) herein shall be revised accordingly.

5. Debtors shall comply with the terms and conditions of their Chapter 13 Plan with respect to the payments to the Chapter 13 Trustee.

6. In the event of any future default on any of the above-described provisions, inclusive of this Stipulation, Movant shall provide written notice to Debtors at Eric Lamont Grant and Melissa Cooper-Grant at 1188 Oak Haven Way, Antioch, California 94531, and to Debtors' attorney of record, Patrick L. Forte, at Law Offices of Patrick L. Forte, 1 Kaiser Plaza #480, Oakland, CA 94612-3610, indicating the nature of the default. If Debtors fail to cure the default with certified funds after the passage of ten (10) calendar days from the date said written notice is placed in the mail, then Movant may file an Ex Parte Declaration of Non-Cure and an Order Terminating the Automatic Stay with the court. Upon entry of said Order Terminating the Automatic Stay, the automatic stay shall be immediately terminated as to Movant, and Movant may proceed to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust and pursuant to applicable state law and thereafter commence any action necessary to obtain complete possession of the Real Property without further order or proceeding of this Court.

7. The acceptance by Movant of a late or partial payment shall not act as a waiver of Movant's right to proceed hereunder.

8. Movant shall comply with the above provisions as to the first two (2) defaults. Upon the third (3rd) default, under the above-described provisions, then the stay is terminated without the necessity of further notice or order, or proceeding of this court. Upon termination of the automatic stay, Movant may proceed to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust and pursuant to applicable state law, and thereafter commence any action necessary to obtain complete possession of the Real Property without further order or proceeding of this Court.

9. In the event that Movant is granted relief from the automatic stay, the parties hereby stipulate that the 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

10. The foregoing terms and conditions shall be binding only during the pendency of this bankruptcy case. If, at any time, the stay is terminated with respect to the Real Property by court order or by operation of law, the foregoing terms and conditions shall cease to be binding

Exhibit T
15

and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Real Property and/or against the Debtors.

11. Relief from the Automatic Stay is granted as to the Chapter 13 Trustee, Martha G. Bronitsky.

12. Any notice that Movant shall give to Debtors, or attorney for Debtors, pursuant to this Order shall not be construed as a communication under the Fair Debt Collection Practices Act, 15 U.S.C. §1692.

IT IS SO STIPULATED:

DATED: 10/22/2014

PITE DUNCAN, LLP

/s/ *[signature]*
ROBERT P. ZAHRADKA
Attorneys for ELIZON MASTER PARTICIPATION TRUST I, U.S. BANK TRUST NATIONAL ASSOCIATION, AS OWNER TRUSTEE

LAW OFFICES OF PATRICK L. FORTE

DATED: Oct. 22, 2014

*[signature]*
Patrick L. Forte ANNE Y. SHIAU
Attorneys for Debtors

- 4 -
CASE NO. 13-46720-RLE
**STIPULATION GRANTING ADEQUATE PROTECTION**

Exhibit T

15

```
 1 │ Robert P. Zahradka (SBN 282706)
   │ rzahradka@piteduncan.com
 2 │ Joseph C. Delmotte (SBN 259460)
   │ jcdelmotte@piteduncan.com
 3 │ **PITE DUNCAN, LLP**
   │ 4375 Jutland Drive, Suite 200
 4 │ P.O. Box 17933
   │ San Diego, CA 92177-0933
 5 │ Telephone: (858) 750-7600
   │ Facsimile:  (619) 590-1385
 6 │
 7 │ Attorneys for Elizon Master Participation Trust I,
   │ U.S. Bank Trust National Association, as Owner
 8 │ Trustee
```

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| In re | Case No. 13-46720-RLE |
|---|---|
| ERIC LAMONT GRANT AND MELISSA COOPER-GRANT, | Chapter 13 |
| | R.S. No. RPZ-039 |
| Debtors. | **PROOF OF SERVICE** |

I, Max Dobson, declare that:

I am employed in the County of San Diego, California. My business address is: 4375 Jutland Drive, Suite 200; P.O. Box 17933, San Diego, CA 92177-0933. I am over the age of eighteen years and not a party to this cause.

On October 23, 2014, I caused the following documents:

- **Stipulation Granting Adequate Protection**

- **(Proposed) Order on Stipulation Granting Adequate Protection**

to be served in said cause by placing a copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Diego, California, and/or via electronic means pursuant to Bankruptcy Local Rule 9013-3(c) as follows:

**D**EBTORS
Eric Lamont Grant
Melissa Cooper-Grant
1188 Oak Haven Way
Antioch, CA 94531
(Via U.S. Mail)

- 1 -   CASE NO. 13-46720-RLE
**PROOF OF SERVICE**

Case: 13-46720   Doc# 37   Filed: 12/23/14   Entered: 12/23/14 02:37:05   Page 5 of 6
Case: 13-46720   Doc# 31   Filed: 10/23/14   Entered: 10/23/14 12:37:35   Page 3 of 6

Exhibit 1
13

**DEBTORS' ATTORNEY**
Patrick L. Forte
Law Offices of Patrick L. Forte
1 Kaiser Plaza #480
Oakland, CA 94612-3610
(Via U.S Mail)

**TRUSTEE**
Martha G. Bronitsky
P.O. Box 9077
Pleasanton, CA 94566
(Via U.S Mail)

**U.S. TRUSTEE**
U.S. Trustee
Department of Justice
USTPRegion17.oa.ecf@usdoj.gov
(Via NEF)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 23, 2014      /s/ Max Dobson
                             MAX DOBSON

- 2 -
PROOF OF SERVICE
CASE NO. 13-46720-RLE

Case: 13-46720    Doc# 31    Filed: 10/23/14    Entered: 10/23/14 02:31:05    Page 14 of 6

Case: 13-46720    Doc# 37    Filed: 12/18/14    Entered: 12/18/14 12:37:37    Page 14 of 16

Exhibit 1
15

November 19, 2015

<u>U.S. REGULAR AND ELECTRONIC MAIL</u>

| | |
|---|---|
| Patrick L. Forte | Eric Lamont Grant |
| 1 Kaiser Plaza #480 | Melissa Cooper-Grant |
| Oakland, CA 94612-3610 | 1188 Oak Haven Way |
| Email: pat@patforte.com | Antioch, CA 94531 |

Re: <u>In re Eric Grant and Melissa Cooper-Grant</u>
Bankruptcy Case No. 13-46720
Loan No. *****2362/ Our File No. 15000649

**NOTICE OF DEFAULT UNDER ORDER MODIFYING THE AUTOMATIC STAY AND FOR ADEQUATE PROTECTION**

Dear Mr. Forte, Mr. Grant and Mrs. Cooper-Grant:

As you are aware, this office represents the interests of AJX Mortgage Trust I, a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee, as serviced by Gregory Funding and the current holder of the note and first deed of trust on the property located at 1188 Oak Haven Way, Antioch, CA 94531. This letter shall serve as the <u>third</u> Notice of Default under the terms of the Order Granting Motion for Relief from Automatic Stay and for Adequate Protection, which was entered by the Court in the above-referenced bankruptcy matter on October 24, 2014. Please be advised that the Debtors are in default under the terms of the adequate protection order for failure to make the following payments:

| | |
|---|---|
| 1 Regular Post-Petition Payment @ $2,098.87 (11/1/2015) | $2,098.87 |
| Late Fee | $56.13 |
| Less funds held in suspense | <$77.03> |
| NOD Attorney Fee | $50.00 |
| **Total Amount Due** | **$2,127.97** |

Please remit **$2,127.97** to Gregory Funding within ten (10) days from the date of this Notice pursuant to the Order Modifying Automatic Stay and for Adequate Protection.

In the event your client fails to tender said funds within the *10 days*, our office will submit a declaration regarding the default along with an order for relief to the court.

Thank you for your attention to this matter. Should you have any questions, please do not hesitate to contact our office.

Sincerely,
LAW OFFICES OF LES ZIEVE

*/s/ Brian H. Tran*
Brian H. Tran

BHT/am

1 | P a g e

30 Corporate Park, Suite 450
Irvine, CA 92606
P. (714) 848-7920 | F. (714) 848-7650

Case: 13-46720    Doc# 37    Filed: 12/10/15    Entered: 12/10/15 12:01:37    Page 15 of 15

Exhibit 2