| | |
|---|---|
| 1 | LAW OFFICES OF LES ZIEVE |
| 2 | Brian H. Tran, Esq. #255577<br>Leslie M. Klott, Esq. #279622 |
| 3 | 30 Corporate Park, Suite 450<br>Irvine, CA 92606 |
| 4 | Phone: (714) 848-7920<br>Facsimile: (714) 908-7807 |
| 5 | Email: bankruptcy@zievelaw.com |
| 6 | Counsel for Movant. |

The following constitutes
the order of the court. Signed December 10, 2015

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>Eric Lamont Grant and Melissa Cooper-Grant,<br><br>Debtor. | BK. No. 13-46720<br><br>RS No. RPZ-039<br><br>Chapter 13 |
| AJX Mortgage Trust I, a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee its assignees and/or successors in interest,<br><br>Movant,<br>vs.<br><br>Eric Lamont Grant and Melissa Cooper-Grant, Debtor;<br>Martha G. Bronitsky, Trustee,<br><br>Respondents. | **ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>**Hearing:**<br>Date: October 22, 2014<br>Time: 1:30 p.m.<br>Place: United States Bankruptcy Court<br>      Courtroom 220<br>      1300 Clay Street<br>      Oakland, CA 94604-1426 |

The Court having considered the Stipulated Order Granting Adequate Protection ("Order") entered by the Court on October 23, 2014 under Docket No. 32; the Declaration of Julia Waco Re: Non-Compliance with Adequate Protection Order filed on December 9, 2015 under Docket No. *; the exhibits thereto and all other pleadings filed in this case, the Court hereby makes its Order as follows:

1

The Court, having considered the pleadings including the evidence attached thereto and the arguments presented, makes its Order as follows:

**IT IS HEREBY ORDERED** that the Automatic Stay in the above-entitled Bankruptcy case is vacated and extinguished effective immediately for all purposes as to Movant's interest in the subject property generally described as **1188 Oak Haven Way, Antioch, CA 94531** and specifically described in Document no. 2009-0068943-00, recorded April 1, 2009, Contra Costa County, California. Movant may proceed with a foreclosure sale of the subject property in accordance with applicable state law. Movant may thereafter take any action allowed by state law to obtain complete possession of the subject property.

**IT IS FURTHER ORDERED** that with respect to the Debtor and the Chapter 13 Trustee, the Automatic Stay in this case is vacated effective immediately regarding Movant's interest in the subject property described above.

**IT IS FURTHER ORDERED** that Movant be permitted to offer and provide Debtors with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and to enter into such agreement with Debtors.

**IT IS FURTHER ORDERED** that the 14 day stay set forth in FRBP 4001 (a)(3) is waived.

**END OF ORDER**

2

COURT SERVICE LIST

3