```
PATRICK L. FORTE, #80050
LAW OFFICES OF PATRICK L. FORTE
1624 Franklin Street, Suite 911
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354


Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 13-46720 RLE** |
| **ERIC LAMONT GRANT and MELISSA COOPER-GRANT,** | **Chapter 13** |
| Debtors. | **STIPULATION FOR ORDER REINSTATING AUTOMATIC STAY** |
| _____/ | |

Eric Lamont Grant and Melissa Cooper-Grant, ("Debtors") and AJX Mortgage Trust I, a Delaware Trust, Wilmington Savings Fund Society, FSB, Trustee, as serviced by Gregory Funding ("Gregory Funding"), through there respective attorneys, hereby stipulation as follows:

IT IS STIPULATED that the automatic stay as to the real property located at 1188 Oak Haven Way, Antioch, CA 94531, which was terminated by Order of the Court on December 10, 2015 shall be reinstated effective December 10, 2015;

IT IS FURTHER STIPULATED that the Chapter 13 Trustee shall resume making disbursements on the proof of claim #4-2 of Gregory Funding;

IT IS FURTHER STIPULATED that Gregory Funding shall be deemed to have sent Debtors one (1) ten-day written default notice thusfar pursuant to the terms Order On Stipulation Granting Adequate Protection which was

Page 1 of 2

Case: 13-46720    Doc# 43    Filed: 06/07/16    Entered: 06/07/16 11:48:03    Page 1 of 2

entered on October 23, 2014. In all other respects the Order On Stipulation Granting Adequate Protection remains in full force and effect.

Dated: June 7, 2016            /s/ Patrick L. Forte
PATRICK L. FORTE
Attorney for Debtors

Zieve, Brodnax & Steele, LLP

Dated: June 7, 2016            /s/ Leslie M. Klott
By Leslie M. Klott
Attorneys for Gregory Funding