PATRICK L. FORTE #80050
LAW OFFICES OF PATRICK L. FORTE
1624 Franklin Street, Suite 911
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

The following constitutes
the order of the court. Signed June 8, 2016

Attorneys for Debtors

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 13-46720 RLE |
| **ERIC LAMONT GRANT and MELISSA COOPER-GRANT,** | Chapter 13 |
| Debtors. | ORDER APPROVING STIPULATION REINSTATING AUTOMATIC STAY |
| _____/ | |

The parties having agreed to the terms set forth in the Stipulation For Order Reinstating Automatic Stay are bound by the terms of the Stipulation. The Stipulation for Order Reinstating Automatic Stay filed June 7, 2016, as docket number 43, is hereby approved and made an Order of the court.

IT IS FURTHER ORDERED that the Trustee will commence payments on claim 4-2 with the Trustee's June payment cycle and that no catch up payments will be required.

**END OF ORDER**

Page 1 of 2

**COURT SERVICE LIST**

'No physical service required'