1  PATRICK L. FORTE #80050
   LAW OFFICES OF PATRICK L. FORTE
2  1624 Franklin Street, Suite 911
   Oakland, CA 94612
3  Telephone: (510) 465-3328      **The following constitutes**
   Facsimile: (510) 763-8354      **the order of the court. Signed July 14, 2016**

4

5  Attorneys for Debtors

6                                 _____
                                   **Roger L. Efremsky**
7          UNITED STATES          **U.S. Bankruptcy Judge**

8          NORTHERN DISTRICT OF CALIFORNIA

9  **In re:**                          **Case No. 13-46720 RLE**

10 **ERIC LAMONT GRANT and**          **Chapter 13**
   **MELISSA COOPER-GRANT,**

11                                     **AMENDED ORDER REINSTATING**
                   **Debtors.**        **AUTOMATIC STAY**

12 _____/

13

14      The parties having stipulated to the entry of an Amended Order

15 Reinstating the Automatic Stay, and good cause appearing therefor;

16      **IT IS ORDERED** that the automatic stay as to the real property

17 located at 1188 Oak Haven Way, Antioch, CA 94531, which was terminated

18 by Order of the Court on December 10, 2015 shall be reinstated effective

19 December 10, 2015, and any actions taken by Gregory Funding between

20 December 10, 2015 and the date of the Order Reinstating Automatic Stay

21 shall not be deemed a violation of the automatic stay.

22      **IT IS FURTHER ORDERED** that the Chapter 13 Trustee shall resume

23 making disbursements on the proof of claim #4-2 of Gregory Funding

24 commencing with the Trustee's July 2016 payment cycle, and that no catch

25 up payments will be required;

26      **IT IS FURTHER ORDERED** that proof of claim #4-2 of Gregory Funding

shall be paid in full by plan completion;

**IT IS FURTHER ORDERED** that Gregory Funding shall be deemed to have sent Debtors one (1) ten-day written default notice thusfar pursuant to the terms of the Order on Stipulation Granting Adequate Protection which was entered on October 23, 2014. In all other respects the Order on Stipulation Granting Adequate Protection remains in full force and effect.

Approved as to form and content:

Zieve, Brodnax & Steele, LLP

Dated: July        , 2016

_____
By Leslie M. Klott
Attorneys for Gregory Funding

**END OF ORDER**

1

## <u>COURT SERVICE LIST</u>

'No physical service required'