**Martha G. Bronitsky**
Chapter 13 Standing Trustee
United States Bankruptcy Court

22320 Foothill Blvd, #150, Hayward, CA 94545-1541
All Mail to: P.O. Box 5004, Hayward, CA 94540-5004
Telephone: (510) 266-5580
Fax: (510) 266-5589

March 15, 2017

RJM ACQUISITIONS LLC
575 UNDERHILL BLVD #224
SYOSSET, NY 11791

# SECOND NOTICE

Chapter 13 Case No.: 13-46720-RLE13
Re: Eric Lamont Grant & Melissa Cooper-Grant

We received a notification that the address for claim# 5 filed by RJM ACQUISITIONS LLC, is no longer valid or has changed.

We have no authority to send payments to a different address, or send payments to a non-creditor absent a court order. Any change of address or transfer of claim **MUST** be filed with the Bankruptcy Court.

Oakland Bankruptcy Court
1300 Clay Street, Suite #300
Oakland, Ca 94612

Based on your correspondence, however, we will cease distributions and place an internal reserve on the claim. When we have accumulated an amount sufficient to pay the claim, we will send the funds to the Clerk of the Bankruptcy Court as an unclaimed dividend.

Sincerely,

/s/ Martha G. Bronitsky
Martha G. Bronitsky
Chapter 13 Standing Trustee

CC:

Eric Lamont Grant & Melissa Cooper-Grant, 1188 Oak Haven Way, Antioch, CA  94531
Patrick L Forte Atty, 1624 Franklin St #911, Oakland, CA  94612
Rjm Acquisitions Llc, 575 Underhill Blvd #224, Syosset, NY  11791
RJM ACQUISITIONS LLC, PO BOX 1160, SYOSSET NY 11791-0489